FILED

MAY - 7 2014

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Certificate Number: 12490-AZ-DE-023283319

Bankruptcy Case Number: 14-05977



12490-AZ-DE-023283319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2014</u>, at <u>9:33</u> o'clock <u>PM CDT</u>, <u>Alessandra Campos</u> completed a course on personal financial management given <u>by internet</u> by <u>Dave Ramsey's Debtor Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>April 27, 2014</u>    By: <u>/s/Nichole Kiszla</u>

Name: <u>Nichole Kiszla</u>

Title: <u>Administrative Assistant</u>