Certificate Number: 12490-AZ-DE-023283319

Bankruptcy Case Number: 14-05977



12490-AZ-DE-023283319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2014, at 9:33 o'clock PM CDT, Alessandra Campos completed a course on personal financial management given by internet by Dave Ramsey's Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: April 27, 2014   By: /s/Nichole Kiszla

Name: Nichole Kiszla

Title: Administrative Assistant